IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 21-03121-01-CR-S-BP |
| ) | |
| JOSEPH RAY ARNOLD, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to the Superseding Information filed on April 18, 2022, is now Accepted and the Defendant is Adjudged Guilty of such offense. Sentencing will be set by subsequent Order of the Court.

                                          */s/ Beth Phillips*
                                        **BETH PHILLIPS**
                                        **UNITED STATES DISTRICT JUDGE**

Date: May 4, 2022